Case 2:13-cv-05060-EFS    Document 17    Filed 10/29/14

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ISAAC BUTTS,<br><br>                Plaintiff,<br><br>     v.<br><br>COLUMBIA ENERGY & ENVIRONMENTAL SERVICES, INC.,<br><br>                Defendant. | No. 13-CV-5060-EFS<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL AND CLOSING FILE** |

On October 28, 2014, the parties filed a Stipulated Motion for Dismissal with Prejudice, stating that they "stipulate to the entry of the order dismissing all Plaintiff's claims against Defendant with prejudice." ECF No. 16. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

1. All claims are **DISMISSED** with prejudice, and all parties are to bear their own costs and attorneys' fees.

2. All pending motions are **DENIED as MOOT**, and hearing dates are **STRICKEN**.

3. This file shall be **CLOSED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this order and to provide copies to counsel.

**DATED** this ___29th___ day of October 2014.

                                            s/Edward F. Shea
                                            EDWARD F. SHEA
                              Senior United States District Judge

Q:\EFS\Civil\2013\5060.stip.dismiss.lc2.docx

ORDER CLOSING FILE - 1